1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                         FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    JOHN EDWARD FINDLEY,                          No.  2:21-cv-1117 KJM AC P

12                    Petitioner,

13          v.                                       ORDER

14    COUNTY OF EL DORADO, et al.,

15                    Respondents.

16

17          Petitioner, a pretrial detainee proceeding pro se, has filed an application for a writ of

18    habeas corpus under 28 U.S.C. § 2241.

19          On June 25, 2021, the magistrate judge filed findings and recommendations, which were

20    served on petitioner and which contained notice to petitioner that any objections to the findings

21    and recommendations were to be filed within twenty-one days.  ECF No. 4.  Petitioner has not

22    filed objections to the findings and recommendations.

23          The court presumes that any findings of fact are correct.  *See Orand v. United States,*

24    602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed

25    de novo.  *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law

26    by the magistrate judge are reviewed de novo by both the district court and [the appellate] court

27    . . . .").  Having reviewed the file, the court finds the findings and recommendations to be

28    supported by the record and by the proper analysis.

                                              1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed June 25, 2021, ECF No. 4, are adopted in full.

2. Petitioner's application for writ of habeas corpus is dismissed without prejudice.

3. The court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253.

4. The Clerk of the Court is directed to close this case.

DATED:  August 20, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE